**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-21415-CV-WILLIAMS**

BELIEVE PURSUE LLC,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

Defendants.

_______________________________________________/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Enjoliquè's Report and Recommendations (DE 15) ("***Report***") on Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order (DE 10) ("***Motion***"). In the Report, Judge Lett recommends that the Motion be dismissed without prejudice and that Plaintiff be granted leave to file an amended complaint. (DE 15 at 3). Specifically, Judge Lett finds that "Plaintiff's Complaint is noncompliant with the Court's Order because it 'prays for judgment' . . . 'That Defendants . . . be temporarily, preliminarily, and permanently enjoined and restrained from: . . . .' (*Id.* at 2) (citing Prayer for Relief, DE 1). No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Lett's Report (DE 15) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Complaint (DE 1) is **DISMISSED**.

3. All motions referencing the dismissed Complaint (DE 10; DE 11; DE 12) are **DENIED AS MOOT** *without prejudice*.

4. Plaintiff shall serve the Amended Complaint (DE 16) in compliance with the Federal Rules of Civil Procedure. If alternative service is required, Plaintiff shall seek relief pursuant to Federal Rule of Civil Procedure 4(f)(3).

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 7th day of October, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE